UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00255-FDW-DCK

| | | |
|---|---|---|
| ANGELA NORKETT-HUBBARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| CREDIT PROTECTION ASSOCIATION, L.P., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

 

**THIS MATTER** is before the Court upon its own motion. On August 15, 2014, the parties in the above captioned case filed a Notice of Settlement. The Court gave notice to the Parties that an agreement for entry of judgment or a stipulation of dismissal must be filed within 30 days or the Court would dismiss the case without prejudice. Thirty days have passed and no agreement for entry of judgment or stipulation of dismissal has been filed.

IT IS THEREFORE ORDERED THAT the above captioned matter is DISMISSED WITHOUT PREJUDICE. Either party may petition the Court to reopen the case upon a finding of cause.

IT IS SO ORDERED.

Signed: September 22, 2014

Frank D. Whitney
Chief United States District Judge